IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00010-STV

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT GIESWEIN,

    Defendant.

___

**NOTICE OF APPEARANCE**
___

The Office of the Federal Public Defender, through undersigned counsel, Assistant Federal Public Defender Matthew K. Belcher, enters its appearance on behalf of the Defendant, Robert Gieswein.

    Respectfully submitted,

    VIRGINIA L. GRADY
    Federal Public Defender

    /s/ Matthew K. Belcher
    MATTHEW K. BELCHER
    Assistant Federal Public Defender
    633 17th Street, Suite 1000
    Denver, Colorado  80202
    Telephone:  (303) 294-7002
    FAX:  (303) 294-1192
    Email:  Matthew_Belcher@fd.org
    Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on January 19, 2021, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Daniel Robert McIntyre, Assistant U.S. Attorney
Email:  daniel.mcintyre@usdoj.gov

and I will serve the document or paper to the following non-CM/ECF participants in the manner indicated:

Robert Gieswein
via mail

/s/ Cecilia Hernandez
Cecilia Hernandez, Legal Assistant
Office of the Federal Public Defender

2