IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 21-mj-00010-STV

UNITED STATES OF AMERICA,

      Plaintiff,

v.

ROBERT GIESWEIN,

      Defendant.

## UNOPPOSED MOTION TO RESTRICT ACCESS

Robert Gieswein, through Assistant Federal Public Defender Matthew K. Belcher, respectfully requests that Docket Nos. 16 and 17 be filed under Level 2 restriction. Undersigned counsel has conferred with counsel for the government, Julia Martinez, and the government is not opposed to our request to restrict access to the documents found at Docket Nos. 16 and 17.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, Colorado 80202
Telephone: (303) 294-7002
FAX: (303) 294-1192
Email: Matthew_Belcher@fd.org
Attorney for Defendant

## CERTIFICATE OF SERVICE

I certify that on March 8, 2021, I electronically filed the foregoing *Motion to Restrict Access* with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following email address:

Julia Martinez, Assistant U.S. Attorney
Email:  julia.martinez@usdoj.gov

/s/ Matthew K. Belcher
MATTHEW K. BELCHER
Assistant Federal Public Defender
Office of the Federal Public Defender

2